# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

| Case No.: | 18-57293-LRC | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|
| Case Name: | @AUDIO, AUTOMATION & THEATER (GA), | Date Filed (f) or Converted (c): | 04/30/2018 (f) |
| | | § 341(a) Meeting Date: | 06/05/2018 |
| For Period Ending: | 06/30/2019 | Claims Bar Date: | 09/10/2018 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at Regions Bank, xxxxxx1375 | 28.38 | 28.38 | | 0.00 | FA |
| 2 | A/R 90 days old or less. Face amount = $16,588.11. Doubtful/Uncollectible accounts = $0.00. | 16,588.11 | 16,588.11 | | 5,495.37 | FA |
| 3 | Other inventory or supplies: See attached, Net Book Value: $0.00 | 106,300.51 | 106,300.51 | | 45,453.00 | FA |
| 4 | Office Furniture | 53,500.00 | 53,500.00 | | 3,915.00 | FA |
| 5 | Programming Laptop & Network Hub System Location: with employee Gregg Brodka. | Unknown | 0.00 | | 0.00 | FA |
| 6 | Ford E250 work van with storage bins and cage Mileage - 79,776. | 8,900.00 | 8,900.00 | | 6,069.00 | FA |
| 7 | Patent, Copyright -Serial Number: 78647834 (renewed for 10 years in 2016) Registration Number: 3132362 Registration Date: Aug 22, 2006 Mark: @AUDIO, AUTOMATION & THEATER Owner: @Audio, Automation & Theater, Inc.. | Unknown | 0.00 | | 0.00 | FA |
| 8 | Internet Domain names and websites | Unknown | 0.00 | | 0.00 | FA |
| 9 | Work Order System. | Unknown | 0.00 | | 0.00 | FA |
| 10 | Crestron Programming. | Unknown | 0.00 | | 0.00 | FA |
| 11 | 100% ownership of @Audio, Automation & Theater (FL), Inc. - now closed | Unknown | 0.00 | | 0.00 | FA |
| 12 | Tax Refund (u) | 0.49 | 0.49 | | 0.49 | FA |
| 13 | 2012 Ford Transit (u)<br>Abandoned per Notice, Dkt # 38. Debt exceeds value. | 6,000.00 | 0.00 | | 0.00 | FA |
| 14 | 2012 Audi A5 (u)<br>Abandoned per Notice, Dkt # 38. Debt exceeds value. | 10,000.00 | 0.00 | | 0.00 | FA |
| 15 | United Healthcare Premium Refund (u) | 42.97 | 42.97 | | 141.23 | FA |
| 15 | Assets    Totals    (Excluding unknown values) | **$201,360.46** | **$185,360.46** | | **$61,074.09** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

| | |
|---|---|
| **Case No.:** 18-57293-LRC | **Trustee Name:** (300320) S. Gregory Hays |
| **Case Name:** @AUDIO, AUTOMATION & THEATER (GA), | **Date Filed (f) or Converted (c):** 04/30/2018 (f) |
| | **§ 341(a) Meeting Date:** 06/05/2018 |
| **For Period Ending:** 06/30/2019 | **Claims Bar Date:** 09/10/2018 |

**Major Activities Affecting Case Closing:**

The Trustee has administered all assets with value to the estate. The Trustee is preparing a short year 2019 final tax return and anticipates proposing to make a partial distribution on wage claims in his Trustee Final Report, which will be submitted in the next couple of months.

**Initial Projected Date Of Final Report (TFR):** 06/30/2020        **Current Projected Date Of Final Report (TFR):** 09/30/2019

07/29/2019                                    /s/S. Gregory Hays
Date                                          S. Gregory Hays

# Form 2

Page: 2-1

## Cash Receipts And Disbursements Record

| Case No.: | 18-57293-LRC | | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|---|
| Case Name: | @AUDIO, AUTOMATION & THEATER (GA), | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4920 | | Account #: | ******0600 Checking |
| For Period Ending: | 06/30/2019 | | Blanket Bond (per case limit): | $30,203,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/15/18 | {2} | SSC Services, Inc dba Central Signaling | Accounts Receivable | 1121-000 | 229.57 | | 229.57 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 219.57 |
| 06/07/18 | {2} | Core Brands | Q1 2018 Dealer Advantage 2.5% VIR | 1121-000 | 83.45 | | 303.02 |
| 06/11/18 | {2} | SSC Services, Inc dba Central Signaling | AR, Invoice # 2060518, Collections on Account | 1121-000 | 63.29 | | 366.31 |
| 06/18/18 | {2} | Josh Firm PA | IT Work | 1121-000 | 2,201.82 | | 2,568.13 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,558.13 |
| 07/12/18 | {12} | Georgia Department of Revenue | Corporate Tax Refund 1/1/14 - 12/31/14 | 1224-000 | 0.49 | | 2,558.62 |
| 07/12/18 | {2} | SSC Services, Inc | Collections on Account | 1121-000 | 143.30 | | 2,701.92 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,691.92 |
| 08/13/18 | {2} | SSC Services Inc dba Central Signaling | Collection on Accounts | 1121-000 | 191.65 | | 2,883.57 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,873.57 |
| 09/12/18 | {2} | SSC Services, Inc DBA Central Signaling | Collection on Account | 1121-000 | 47.34 | | 2,920.91 |
| 09/18/18 | {15} | UnitedHealthcare Insurance Compan | Health Insurance Premium Refund | 1229-000 | 42.97 | | 2,963.88 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,958.88 |
| 10/09/18 | {2} | SSC Services, Inc DBA Central Signaling | Accounts receivable | 1121-000 | 51.49 | | 3,010.37 |
| 10/24/18 | | Bullseye Auction & Appraisal LLC | Gross Auction Proceeds including buyers premium. Auction approved per Order, Docket # 33. | | 60,980.70 | | 63,991.07 |
| | {4} | | Proceeds from auction per Order, Dkt # 33.  $3,915.00 | 1129-000 | | | 63,991.07 |
| | {6} | | Proceeds from auction per Order, Dkt # 33.  $6,069.00 | 1129-000 | | | 63,991.07 |
| | {3} | | Proceeds from auction per Order, Dkt # 33. | 1129-000 | | | 63,991.07 |

Page Subtotals:    $64,036.07    $45.00

{ } Asset Reference(s)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 18-57293-LRC | | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|---|
| Case Name: | @AUDIO, AUTOMATION & THEATER (GA), | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4920 | | Account #: | ******0600 Checking |
| For Period Ending: | 06/30/2019 | | Blanket Bond (per case limit): | $30,203,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | $45,453.00 | | | | |
| | | | Buyer Premium from Auction. To be paid to Bullseye Auction $5,543.70 | 1280-002 | | | 63,991.07 |
| 10/24/18 | 101 | Bullseye Auction & Appraisal LLC | Payment of Auctioneer Commission, Buyers Premium and Expenses associated with Auction. Paid per Order, Dkt # 33 | | | 10,984.31 | 53,006.76 |
| | | Bullseye Auction & Appraisal LLC | Payment of Auctioneer Expenses associated with Auction. Paid per Order, Dkt # 33 $503.81 | 3620-000 | | | 53,006.76 |
| | | Bullseye Auction & Appraisal LLC | Payment of Auctioneer Commission associated with Auction. Paid per Order, Dkt # 33 $4,936.80 | 3610-000 | | | 53,006.76 |
| | | Bullseye Auction & Appraisal LLC | Payment of Auctioneer Buyers Premium associated with Auction. Paid per Order, Dkt # 33 $5,543.70 | 1280-002 | | | 53,006.76 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.42 | 52,994.34 |
| 11/14/18 | {2} | SSC Services, Inc DBA Central Signaling | Accounts Receivable | 1121-000 | 112.14 | | 53,106.48 |
| 01/02/19 | {15} | United Healthcare Ins Co | Additional MLR rebate payment relating to 2017 rebate reporting year | 1229-000 | 98.26 | | 53,204.74 |
| 01/09/19 | {2} | SSC Services, Inc DBA Central Signaling | Accounts Receivable | 1121-000 | 124.52 | | 53,329.26 |
| 06/14/19 | {2} | Lewis A Pick | Accounts Receivable - Invoice # 20629, 20639, 20678 | 1121-000 | 2,246.80 | | 55,576.06 |

Page Subtotals:    $2,581.72    $10,996.73

{ } Asset Reference(s)                              ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-3

| Case No.: | 18-57293-LRC | | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|---|
| Case Name: | @AUDIO, AUTOMATION & THEATER (GA), | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***4920 | | Account #: | ******0600 Checking |
| For Period Ending: | 06/30/2019 | | Blanket Bond (per case limit): | $30,203,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | COLUMN TOTALS | | 66,617.79 | 11,041.73 | $55,576.06 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 66,617.79 | 11,041.73 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $66,617.79 | $11,041.73 | |

{ } Asset Reference(s)  ! - transaction has not been cleared

**Form 2**

Page: 2-4

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 18-57293-LRC | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | @AUDIO, AUTOMATION & THEATER (GA), | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***4920 | **Account #:** | ******0600 Checking |
| **For Period Ending:** | 06/30/2019 | **Blanket Bond (per case limit):** | $30,203,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $66,617.79 |
| Plus Gross Adjustments: | -$10,480.50 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $56,137.29 |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCES** |
|---|---:|---:|---:|
| ******0600 Checking | $66,617.79 | $11,041.73 | $55,576.06 |
| | $66,617.79 | $11,041.73 | $55,576.06 |