**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: @AUDIO, AUTOMATION & THEATER (GA), INC. § § § § | Case No. 18-57293-LRC |
| Debtor(s) | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

S. Gregory Hays, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $16,028.38 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $3,933.50 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $57,783.18 | | |

3) Total gross receipts of $67,260.38 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $5,543.70 (see **Exhibit 2**), yielded net receipts of $61,716.68 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $57,783.18 | $57,783.18 | $57,783.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $54,454.17 | $38,603.23 | $41,601.99 | $3,933.50 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $383,959.14 | $357,937.23 | $357,937.23 | $0.00 |
| **TOTAL DISBURSEMENTS** | $438,413.31 | $454,323.64 | $457,322.40 | $61,716.68 |

4) This case was originally filed under chapter 7 on 04/30/2018. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/06/2020

By: /s/ S. Gregory Hays
Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Ford E250 work van with storage bins and cage Mileage - 79,776. | 1129-000 | $6,069.00 |
| Other inventory or supplies: See attached, Net Book Value: $0.00 | 1129-000 | $45,453.00 |
| Tax Refund | 1224-000 | $0.49 |
| United Healthcare Premium Refund | 1229-000 | $783.82 |
| A/R 90 days old or less. Face amount = $16,588.11. Doubtful/Uncollectible accounts = $0.00. | 1121-000 | $5,495.37 |
| Buyer Premium from Auction. To be paid to Bullseye Auction | 1280-000 | $5,543.70 |
| Office Furniture | 1129-000 | $3,915.00 |
| **TOTAL GROSS RECEIPTS** | | **$67,260.38** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Bullseye Auction & Appraisal LLC | Payment of Auctioneer Commission, Buyers Premium and Expenses associated with Auction. Paid per Order, Dkt # 33 | 8500-002 | $5,543.70 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$5,543.70** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - S. Gregory Hays | 2100-000 | NA | $6,335.83 | $6,335.83 | $6,335.83 |
| Trustee, Expenses - S. Gregory Hays | 2200-000 | NA | $110.20 | $110.20 | $110.20 |
| Accountant for Trustee, Fees - Hays Financial Consulting, LLC | 3310-000 | NA | $23,355.00 | $23,355.00 | $23,355.00 |
| Accountant for Trustee, Expenses - Hays Financial Consulting, LLC | 3320-000 | NA | $134.68 | $134.68 | $134.68 |
| Auctioneer Expenses - Bullseye Auction & Appraisal LLC | 3620-000 | NA | $503.81 | $503.81 | $503.81 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $57.42 | $57.42 | $57.42 |
| Other Chapter 7 Administrative Expenses - Jaclyn Schnirring | 2990-000 | NA | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Fees (Other Firm) - Arnall Golden Gregory LLP | 3210-000 | NA | $22,140.50 | $22,140.50 | $22,140.50 |
| Attorney for Trustee Expenses (Other Firm) - Arnall Golden Gregory LLP | 3220-000 | NA | $208.94 | $208.94 | $208.94 |
| Realtor for Trustee Fees (Real Estate Commissions) - Bullseye Auction & Appraisal LLC | 3510-000 | NA | $4,936.80 | $4,936.80 | $4,936.80 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $57,783.18 | $57,783.18 | $57,783.18 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gregg A. Brodka | 5300-000 | NA | $927.99 | $927.99 | $927.99 |
| | Jaclyn Schnirring | 5300-000 | NA | $2,500.35 | $2,500.35 | $2,500.35 |
| | Timothy D. Whitlock | 5300-000 | NA | $505.16 | $505.16 | $505.16 |
| 1 | Fulton County Tax Commissioner | 5800-000 | NA | $0.00 | $0.00 | $0.00 |
| 1-2 | Fulton County Tax Commissioner | 5800-000 | $5,975.72 | $14,454.37 | $14,454.37 | $0.00 |
| 4 | Timothy D. Whitlock | 5300-000 | $2,076.96 | $2,596.16 | $2,397.56 | $0.00 |
| 5P | Gregg A. Brodka | 5300-000 | $4,769.20 | $4,769.20 | $4,404.36 | $0.00 |
| 8P | Jaclyn Schnirring | 5300-000 | $12,850.00 | $12,850.00 | $11,866.98 | $0.00 |
| | Georgia Department of Labor | 5800-000 | NA | NA | $1,366.10 | $0.00 |
| | Internal Revenue Service | 5300-000 | NA | NA | $293.11 | $0.00 |
| | Internal Revenue Service | 5800-000 | NA | NA | $293.11 | $0.00 |
| | Internal Revenue Service | 5300-000 | NA | NA | $1,253.35 | $0.00 |
| | Internal Revenue Service | 5800-000 | NA | NA | $1,253.35 | $0.00 |
| | Internal Revenue Service (Futa) | 5800-000 | NA | NA | $86.20 | $0.00 |
| N/F | City of Atlanta Tax | 5600-000 | $22,724.59 | NA | NA | NA |
| N/F | Dan Cater | 5600-000 | $4,230.80 | NA | NA | NA |
| N/F | Tony Bradford | 5600-000 | $1,826.90 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| **TOTAL PRIORITY UNSECURED CLAIMS** | $54,454.17 | $38,603.23 | $41,601.99 | $3,933.50 |
|---|---|---|---|---|

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Dionigi 'Lou' Carta | 7100-000 | $125,000.00 | $211,921.16 | $211,921.16 | $0.00 |
| 3 | Rutherford Audio Inc. | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 5U | Gregg A. Brodka | 7100-000 | $2,853.52 | $3,071.65 | $3,071.65 | $0.00 |
| 6 | Kinsley CPA | 7100-000 | $630.80 | $630.80 | $630.80 | $0.00 |
| 7 | GSC Systems Inc | 7100-000 | $1,929.43 | $775.25 | $775.25 | $0.00 |
| 8U | Jaclyn Schnirring | 7100-000 | $102,482.30 | $102,482.30 | $102,482.30 | $0.00 |
| 10 | Jaclyn Schnirring | 7100-000 | $34,257.24 | $22,316.07 | $22,316.07 | $0.00 |
| 11 | Rutherford Audio Inc. | 7100-000 | $13,500.00 | $16,740.00 | $16,740.00 | $0.00 |
| N/F | ADI | 7100-000 | $1,290.78 | NA | NA | NA |
| N/F | AVAD Southeast | 7100-000 | $355.90 | NA | NA | NA |
| N/F | Allstate Benefits | 7100-000 | $268.22 | NA | NA | NA |
| N/F | Allstate Insurance | 7100-000 | $1,719.84 | NA | NA | NA |
| N/F | Ann Collins | 7100-000 | $2,846.00 | NA | NA | NA |
| N/F | Barbra Collins | 7100-000 | $3,500.00 | NA | NA | NA |
| N/F | Brian Collins | 7100-000 | $9,271.64 | NA | NA | NA |
| N/F | Buckhead Blue Printing | 7100-000 | $46.01 | NA | NA | NA |
| N/F | CRESTRON | 7100-000 | $7,705.60 | NA | NA | NA |
| N/F | City of Atlanta - Water | 7100-000 | $37.76 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | City of Atlanta Business Tax | 7100-000 | $2,463.70 | NA | NA | NA |
| N/F | Comcast | 7100-000 | $770.98 | NA | NA | NA |
| N/F | Dan Cater | 7100-000 | $1,882.62 | NA | NA | NA |
| N/F | GSCCCA | 7100-000 | $49.90 | NA | NA | NA |
| N/F | Georgia Natural Gas Attn: Payment Center | 7100-000 | $256.76 | NA | NA | NA |
| N/F | Georgia Power | 7100-000 | $489.18 | NA | NA | NA |
| N/F | Guardian Insurance | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Home Depot Credit Services | 7100-000 | $1,067.04 | NA | NA | NA |
| N/F | Hudson Parrott Walker Law Firm | 7100-000 | $11,870.64 | NA | NA | NA |
| N/F | Kevin Collins | 7100-000 | $6,962.66 | NA | NA | NA |
| N/F | Kevin Collins | 7100-000 | $4,796.40 | NA | NA | NA |
| N/F | Liquid Squid Studio's - Holody | 7100-000 | $174.00 | NA | NA | NA |
| N/F | Martin Logan | 7100-000 | $8,244.84 | NA | NA | NA |
| N/F | McLarty Security Systems | 7100-000 | $95.00 | NA | NA | NA |
| N/F | Naylor Association Publication | 7100-000 | $189.50 | NA | NA | NA |
| N/F | Northwestern Mutual | 7100-000 | $1,026.36 | NA | NA | NA |
| N/F | Rohrig Pollack LLC | 7100-000 | $28,942.98 | NA | NA | NA |
| N/F | Sumiko | 7100-000 | $15.00 | NA | NA | NA |
| N/F | Sunshine Window Cleaning | 7100-000 | $12.00 | NA | NA | NA |
| N/F | Telular Corporation | 7100-000 | $17.85 | NA | NA | NA |
| N/F | Tony Bradford | 7100-000 | $12.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | ULine Attn: Accounts Receivable | 7100-000 | $30.93 | NA | NA | NA |
| N/F | Uplink Wireless Monitoring | 7100-000 | $283.80 | NA | NA | NA |
| N/F | Verizon Wireless | 7100-000 | $458.95 | NA | NA | NA |
| N/F | WEX Fleet Services | 7100-000 | $1,353.51 | NA | NA | NA |
| N/F | Womble Carlyle, et al. | 7100-000 | $1,797.50 | NA | NA | NA |
| N/F | Xtreme Controls | 7100-000 | $3,000.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$383,959.14** | **$357,937.23** | **$357,937.23** | **$0.00** |

Form 1

# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 18-57293-LRC
Case Name: @AUDIO, AUTOMATION & THEATER (GA), INC.
For Period Ending: 03/06/2020

Trustee Name: (300320) S. Gregory Hays
Date Filed (f) or Converted (c): 04/30/2018 (f)
§ 341(a) Meeting Date: 06/05/2018
Claims Bar Date: 09/10/2018

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at Regions Bank, xxxxxx1375 | 28.38 | 28.38 | | 0.00 | FA |
| 2 | A/R 90 days old or less. Face amount = $16,588.11. Doubtful/Uncollectible accounts = $0.00. | 16,588.11 | 16,588.11 | | 5,495.37 | FA |
| 3 | Other inventory or supplies: See attached, Net Book Value: $0.00 | 106,300.51 | 106,300.51 | | 45,453.00 | FA |
| 4 | Office Furniture | 53,500.00 | 53,500.00 | | 3,915.00 | FA |
| 5 | Programming Laptop & Network Hub System Location: with employee Gregg Brodka. | Unknown | 0.00 | | 0.00 | FA |
| 6 | Ford E250 work van with storage bins and cage Mileage - 79,776. | 8,900.00 | 8,900.00 | | 6,069.00 | FA |
| 7 | Patent, Copyright -Serial Number: 78647834 (renewed for 10 years in 2016) Registration Number: 3132362 Registration Date: Aug 22, 2006 Mark: @AUDIO, AUTOMATION & THEATER Owner: @Audio, Automation & Theater, Inc.. | Unknown | 0.00 | | 0.00 | FA |
| 8 | Internet Domain names and websites | Unknown | 0.00 | | 0.00 | FA |
| 9 | Work Order System. | Unknown | 0.00 | | 0.00 | FA |
| 10 | Crestron Programming. | Unknown | 0.00 | | 0.00 | FA |
| 11 | 100% ownership of @Audio, Automation & Theater (FL), Inc. - now closed | Unknown | 0.00 | | 0.00 | FA |
| 12 | Tax Refund (u) | 0.49 | 0.49 | | 0.49 | FA |
| 13 | 2012 Ford Transit (u)<br>Abandoned per Notice, Dkt # 38. Debt exceeds value. | 6,000.00 | 0.00 | OA | 0.00 | FA |
| 14 | 2012 Audi A5 (u)<br>Abandoned per Notice, Dkt # 38. Debt exceeds value. | 10,000.00 | 0.00 | OA | 0.00 | FA |
| 15 | United Healthcare Premium Refund (u) | 42.97 | 42.97 | | 783.82 | FA |
| 15 | Assets Totals (Excluding unknown values) | $201,360.46 | $185,360.46 | | $61,716.68 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR): 06/30/2020     Current Projected Date Of Final Report (TFR): 09/30/2019 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 18-57293-LRC | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | @AUDIO, AUTOMATION & THEATER (GA), INC. | Bank Name: | Mechanics Bank |
| | | Account #: | ******0600 Checking |
| Taxpayer ID #: | **-***4920 | Blanket Bond (per case limit): | $30,203,000.00 |
| For Period Ending: | 03/06/2020 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/15/18 | {2} | SSC Services, Inc dba Central Signaling | Accounts Receivable | 1121-000 | 229.57 | | 229.57 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 219.57 |
| 06/07/18 | {2} | Core Brands | Q1 2018 Dealer Advantage 2.5% VIR | 1121-000 | 83.45 | | 303.02 |
| 06/11/18 | {2} | SSC Services, Inc dba Central Signaling | AR, Invoice # 2060518, Collections on Account | 1121-000 | 63.29 | | 366.31 |
| 06/18/18 | {2} | Josh Firm PA | IT Work | 1121-000 | 2,201.82 | | 2,568.13 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,558.13 |
| 07/12/18 | {12} | Georgia Department of Revenue | Corporate Tax Refund 1/1/14 - 12/31/14 | 1224-000 | 0.49 | | 2,558.62 |
| 07/12/18 | {2} | SSC Services, Inc | Collections on Account | 1121-000 | 143.30 | | 2,701.92 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,691.92 |
| 08/13/18 | {2} | SSC Services Inc dba Central Signaling | Collection on Accounts | 1121-000 | 191.65 | | 2,883.57 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 2,873.57 |
| 09/12/18 | {2} | SSC Services, Inc DBA Central Signaling | Collection on Account | 1121-000 | 47.34 | | 2,920.91 |
| 09/18/18 | {15} | UnitedHealthcare Insurance Compan | Health Insurance Premium Refund | 1229-000 | 42.97 | | 2,963.88 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,958.88 |
| 10/09/18 | {2} | SSC Services, Inc DBA Central Signaling | Accounts receivable | 1121-000 | 51.49 | | 3,010.37 |
| 10/24/18 | | Bullseye Auction & Appraisal LLC | Gross Auction Proceeds including buyers premium. Auction approved per Order, Docket # 33. | | 60,980.70 | | 63,991.07 |
| | {4} | | Office Furniture - Proceeds from auction per Order, Dkt # 33.  $3,915.00 | 1129-000 | | | |
| | {6} | | Fod E250 Van - Proceeds from auction per Order, Dkt # 33.  $6,069.00 | 1129-000 | | | |
| | {3} | | Inventory & Supplies - Proceeds from auction per Order, Dkt # 33.  $45,453.00 | 1129-000 | | | |
| | | | Buyer Premium from Auction. To be paid to Bullseye Auction  $5,543.70 | 1280-000 | | | |
| 10/24/18 | 101 | Bullseye Auction & Appraisal LLC | Payment of Auctioneer Commission, Buyers Premium and Expenses associated with Auction. Paid per Order, Dkt # 33 | | | 10,984.31 | 53,006.76 |
| | | | Payment of Auctioneer Expenses associated with Auction Paid Per order, Dkt #33  $503.81 | 3620-000 | | | |

Page Subtotals:    $64,036.07    $11,029.31

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9

Page: 2

| Case No.: | 18-57293-LRC | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | @AUDIO, AUTOMATION & THEATER (GA), INC. | Bank Name: | Mechanics Bank |
| | | Account #: | ******0600 Checking |
| Taxpayer ID #: | **-***4920 | Blanket Bond (per case limit): | $30,203,000.00 |
| For Period Ending: | 03/06/2020 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Payment of Auctioneer Commission associated with Auction, Paid per Order, Dkt#33  $4,936.80 | 3510-000 | | | |
| | | | Payment of Auctioneer Buyers Premium associated with Auction, Paid per Order, Dkt#33  $5,543.70 | 8500-002 | | | |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.42 | 52,994.34 |
| 11/14/18 | {2} | SSC Services, Inc DBA Central Signaling | Accounts Receivable | 1121-000 | 112.14 | | 53,106.48 |
| 01/02/19 | {15} | United Healthcare Ins Co | Additional MLR rebate payment relating to 2017 rebate reporting year | 1229-000 | 98.26 | | 53,204.74 |
| 01/09/19 | {2} | SSC Services, Inc DBA Central Signaling | Accounts Receivable | 1121-000 | 124.52 | | 53,329.26 |
| 06/14/19 | {2} | Lewis A Pick | Accounts Receivable - Invoice # 20629, 20639, 20678 | 1121-000 | 2,246.80 | | 55,576.06 |
| 09/25/19 | {15} | United Healthcare Insurance Company | Insurance Premium rebate for year 2018. | 1229-000 | 642.59 | | 56,218.65 |
| 12/18/19 | 102 | S. Gregory Hays | Trustee commission & expenses paid per Order, Dkt # 47. | | | 6,446.03 | 49,772.62 |
| | | S. Gregory Hays | Trustee commission paid per Order, Dkt # 47.  $6,335.83 | 2100-000 | | | |
| | | S. Gregory Hays | Trustee expenses paid per Order, Dkt # 47.  $110.20 | 2200-000 | | | |
| 12/18/19 | 103 | Arnall Golden Gregory LLP | Attorney fees & expenses paid per Order, Dkt # 47. | | | 22,349.44 | 27,423.18 |
| | | Arnall Golden Gregory LLP | Attorney fees paid per Order, Dkt # 47.  $22,140.50 | 3210-000 | | | |
| | | Arnall Golden Gregory LLP | Attorney expenses paid per Order, Dkt # 47.  $208.94 | 3220-000 | | | |
| 12/18/19 | 104 | Hays Financial Consulting, LLC | Accountant fees & expenses paid per Order, Dkt # 47. | | | 23,489.68 | 3,933.50 |
| | | Hays Financial Consulting, LLC | Accountant fees paid per Order, Dkt # 47.  $23,355.00 | 3310-000 | | | |
| | | Hays Financial Consulting, LLC | Accountant expenses paid per Order, Dkt # 47.  $134.68 | 3320-000 | | | |
| 12/18/19 | 105 | Internal Revenue Service | 58-2644920 - Form 941 - 4th Quarter 2019 Voided on 12/19/2019 | 5300-000 | | 300.91 | 3,632.59 |
| 12/18/19 | 106 | Timothy D. Whitlock | Final Distribution. Paid per TFR (Dkt No. 45) and NFR (Dkt No. 46) Voided on 12/19/2019 | 5300-000 | | 466.52 | 3,166.07 |

Page Subtotals:    $3,224.31    $53,065.00

{ } Asset Reference(s)    **UST Form 101-7-TDR ( 10 /1/2010)**    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| Case No.: | 18-57293-LRC | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | @AUDIO, AUTOMATION & THEATER (GA), INC. | Bank Name: | Mechanics Bank |
|  |  | Account #: | ******0600 Checking |
| Taxpayer ID #: | **-***4920 | Blanket Bond (per case limit): | $30,203,000.00 |
| For Period Ending: | 03/06/2020 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/18/19 | 107 | Gregg A. Brodka | Final Distribution. Paid per TFR (Dkt No. 45) and NFR (Dkt No. 46) Voided on 12/19/2019 | 5300-000 | | 857.00 | 2,309.07 |
| 12/18/19 | 108 | Jaclyn Schnirring | Final Distribution. Paid per TFR (Dkt No. 45) and NFR (Dkt No. 46) Voided on 12/19/2019 | 5300-000 | | 2,309.07 | 0.00 |
| 12/19/19 | 105 | Internal Revenue Service | 58-2644920 - Form 941 - 4th Quarter 2019 Voided: check issued on 12/18/2019 | 5300-000 | | -300.91 | 300.91 |
| 12/19/19 | 106 | Timothy D. Whitlock | Final Distribution. Paid per TFR (Dkt No. 45) and NFR (Dkt No. 46) Voided: check issued on 12/18/2019 | 5300-000 | | -466.52 | 767.43 |
| 12/19/19 | 107 | Gregg A. Brodka | Final Distribution. Paid per TFR (Dkt No. 45) and NFR (Dkt No. 46) Voided: check issued on 12/18/2019 | 5300-000 | | -857.00 | 1,624.43 |
| 12/19/19 | 108 | Jaclyn Schnirring | Final Distribution. Paid per TFR (Dkt No. 45) and NFR (Dkt No. 46) Voided: check issued on 12/18/2019 | 5300-000 | | -2,309.07 | 3,933.50 |
| 12/19/19 | 109 | Timothy D. Whitlock | Final Distribution. Paid per TFR (Dkt No. 45) and NFR (Dkt No. 46) | 5300-000 | | 505.16 | 3,428.34 |
| 12/19/19 | 110 | Gregg A. Brodka | Final Distribution. Paid per TFR (Dkt No. 45) and NFR (Dkt No. 46) | 5300-000 | | 927.99 | 2,500.35 |
| 12/19/19 | 111 | Jaclyn Schnirring | Final Distribution. Paid per TFR (Dkt No. 45) and NFR (Dkt No. 46) | 5300-000 | | 2,500.35 | 0.00 |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| | | **COLUMN TOTALS** | | | 67,260.38 | 67,260.38 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 67,260.38 | 67,260.38 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$67,260.38** | **$67,260.38** | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

| | Form 2 | Exhibit 9 |
|---|---|---|
| | **Cash Receipts And Disbursements Record** | Page: 4 |

| Case No.: | 18-57293-LRC | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | @AUDIO, AUTOMATION & THEATER (GA), INC. | Bank Name: | East West Bank |
| | | Account #: | ******0001 Demand Deposit Account |
| Taxpayer ID #: | **-***4920 | Blanket Bond (per case limit): | $30,203,000.00 |
| For Period Ending: | 03/06/2020 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

**(No transactions on file for this period)**

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| **Subtotal** | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

*{ } Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 5

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 18-57293-LRC | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | @AUDIO, AUTOMATION & THEATER (GA), INC. | **Bank Name:** | East West Bank |
| | | **Account #:** | ******0001 Demand Deposit Account |
| **Taxpayer ID #:** | **-***4920 | **Blanket Bond (per case limit):** | $30,203,000.00 |
| **For Period Ending:** | 03/06/2020 | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $67,260.38 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $5,543.70 |
| Net Estate: | $61,716.68 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0600 Checking | $67,260.38 | $67,260.38 | $0.00 |
| ******0001 Demand Deposit Account | $0.00 | $0.00 | $0.00 |
| | $67,260.38 | $67,260.38 | $0.00 |

UST Form 101-7-TDR (10 /1/2010)